MORGAN, LEWIS & BOCKIUS LLP
Corey Houmand (CA Bar: #268366)
corey.houmand@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Scott D. Sherwin (to be admitted *pro hac vice*)
Michael T. Sikora (to be admitted *pro hac vice*)
scott.sherwin@morganlewis.com
michael.sikora@morganlewis.com
110 N. Wacker Drive, Ste. 2800
Chicago, IL 60606
Tel:     +1.312.324.1000
Fax:    +1.312.324.1001

Attorneys for Plaintiff Bungalow Living, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGALOW LIVING, INC., a Delaware corporation<br><br>        Declaratory Judgment Plaintiff,<br><br>v.<br><br>LOCKET IP LLC., a Texas corporation<br><br>        Declaratory Judgment Defendant. | Case No.: 3:22-cv-04110-SK<br><br>**PLAINTIFF'S LOCAL RULE 3-15 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS AND LOCAL RULE 3-13 NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Plaintiff Bungalow Living, Inc., by their attorneys, in accordance with Local Rule 3-15, states that it is not presently aware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves that have a financial interest of any kind in the subject matter in controversy, and no public company has any interest in Bungalow. The outcome of this proceeding – particularly a ruling that U.S. Pat. 10,514,832 ("the '832 Patent") is invalid – could impact the following entities, which Bungalow understands to be defendants in pending patent infringement actions before the United States District Court for the Western District of Texas where Locket IP LLC is asserting the '832 Patent:

| Action | Defendant(s) |
|---|---|
| 6:22-cv-00548 (W.D. Tex.) | Nordstrom, Inc. |
| 6:22-cv-00549 (W.D. Tex.) | TJX Companies, Inc. |
| 6:22-cv-00550 (W.D. Tex.) | Dollar General Corporation |
| 6:22-cv-00551 (W.D. Tex.) | E-Advance, LLC d/b/a/ AdvanceAutoParts.com |
| 6:22-cv-00552 (W.D. Tex.) | Office Depot LLC |
| 6:22-cv-00713 (W.D. Tex.) | Dick's Sporting Goods, Inc. |
| 6:22-cv-00714 (W.D. Tex.) | PetSmart LLC |
| 6:22-cv-00715 (W.D. Tex.) | Redfin Corporation |
| 6:22-cv-00716 (W.D. Tex.) | Zara USA, Inc. |

Although these actions involve some common subject matter issues (*e.g.*, the validity of the '832 Patent), Bungalow does not understand them to be related actions within the meaning of Local Rule 3-13 because they do not include all or substantially all of the same parties as this Action. Bungalow believes its non-infringement claim and the supporting evidence relating thereto to be substantially different from these defendants' non-infringement defenses, such that transfer should not be affected pursuant to 28 U.S.C. § 1407 (or any other provision) and that coordination with these other actions would lead to inefficient determination of this Action. This District is the most convenient venue for deciding Bungalow's dispute with Locket IP LLC.

Dated: July 13, 2022

Respectfully submitted,

*/s/ Corey Houmand*

MORGAN, LEWIS & BOCKIUS LLP
Corey Houmand (CA Bar: #268366)
corey.houmand@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Scott D. Sherwin (to be admitted *pro hac vice*)
Michael T. Sikora (to be admitted *pro hac vice*)
scott.sherwin@morganlewis.com
michael.sikora@morganlewis.com
110 N. Wacker Drive, Ste. 2800
Chicago, IL 60606
Tel:     +1.312.324.1000
Fax:    +1.312.324.1001

Attorneys for Plaintiff Bungalow Living, Inc.