MORGAN, LEWIS & BOCKIUS LLP
Corey Houmand (CA Bar: #268366)
corey.houmand@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Scott D. Sherwin (to be admitted *pro hac vice*)
Michael T. Sikora (to be admitted *pro hac vice*)
scott.sherwin@morganlewis.com
michael.sikora@morganlewis.com
110 N. Wacker Drive, Ste. 2800
Chicago, IL 60606
Tel:     +1.312.324.1000
Fax:    +1.312.324.1001

Attorneys for Plaintiff Bungalow Living, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUNGALOW LIVING, INC.,<br>a Delaware corporation<br><br>        Declaratory Judgment Plaintiff,<br><br>v.<br><br>LOCKET IP LLC.,<br>a Texas corporation<br><br>        Declaratory Judgment Defendant. | Case No.: 3:22-cv-04110-SK<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

      Plaintiff Bungalow Living, Inc., by their attorneys, in accordance with Federal Rule of Civil Procedure 7.1, states that no parent or publicly held corporation owns more than 10% of its stock.

Dated: July 13, 2022

                                    Respectfully submitted,
                                    */s/ Corey Houmand*

                                MORGAN, LEWIS & BOCKIUS LLP
                                Corey Houmand (CA Bar: #268366)
                                corey.houmand@morganlewis.com
                                1400 Page Mill Road

Palo Alto, CA 94304-1124
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Scott D. Sherwin (to be admitted *pro hac vice*)
Michael T. Sikora (to be admitted *pro hac vice*)
scott.sherwin@morganlewis.com
michael.sikora@morganlewis.com
110 N. Wacker Drive, Ste. 2800
Chicago, IL 60606
Tel:    +1.312.324.1000
Fax:    +1.312.324.1001

Attorneys for Plaintiff Bungalow Living, Inc.